IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Houston, Dellean M

Printed: 5/6/08

Case Number: 05 B 19449
Judge: Wedoff, Eugene R
Filed: 5/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 20, 2008
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,000.00 |  |
| Secured: |  | 9,273.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,094.00 |
| Trustee Fee: |  | 632.50 |
| Other Funds: |  | 0.00 |
| Totals: | 12,000.00 | 12,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lehman & Fox | Administrative | 2,094.00 | 2,094.00 |
| 2. | Regions Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Regions Mortgage Inc | Secured | 14,631.91 | 9,273.50 |
| 4. | ECast Settlement Corp | Unsecured | 102.18 | 0.00 |
| 5. | Gareda Services | Unsecured | 3,615.53 | 0.00 |
| 6. | City of Chicago Ambulance | Unsecured |  | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Sinai Family Health Centers | Unsecured |  | No Claim Filed |
| 9. | MCI Residential | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,443.62 | $ 11,367.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 302.50 |
| 4.8% | 168.00 |
| 5.4% | 162.00 |
|  | _____ |
|  | $ 632.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Houston, Dellean M | Case Number: 05 B 19449 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 5/16/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

